Fill in this information to identify the case:

United States Bankruptcy Court for the:
Southern District of Texas

Case number (if known): _____   Chapter __11__

☐ Check if this is an amended filing

# Official Form 201

## Voluntary Petition for Non-Individuals Filing for Bankruptcy  06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| **1. Debtor's name** | Peace Equipment, LLC | |
| **2. All other names debtor used in the last 8 years** Include any assumed names, trade names, and *doing business as* names | | |
| **3. Debtor's federal Employer Identification Number (EIN)** | 8 1 – 0 8 6 4 1 9 2 | |
| **4. Debtor's address** | **Principal place of business** 312 N Ester — Number  Street  Edcouch, TX 78538 — City  State  ZIP Code  Hidalgo — County | **Mailing address, if different from principal place of business** _____ Number  Street  PO Box 1459 — P.O. Box  Edcouch, TX 78538 — City  State  ZIP Code  **Location of principal assets, if different from principal place of business** _____ Number  Street  _____ City  State  ZIP Code |
| **5. Debtor's website (URL)** | | |
| **6. Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) ☐ Partnership (excluding LLP) ☐ Other. Specify: _____ | |

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page **1**

Debtor       Peace Equipment, LLC                                           Case number *(if known)*
             Name

**7. Describe debtor's business**

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. §101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. §781(3))
- ☑ None of the above

B. *Check all that apply:*
- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

____ ____ ____ ____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first subbox. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box

*Check one:*
- ☐ Chapter 7
- ☐ Chapter 9
- ☑ Chapter 11. *Check **all** that apply:*
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☑ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

- ☑ No
- ☐ Yes.   District _____   When _____   Case number _____
                                               MM / DD / YYYY
         District _____   When _____   Case number _____
                                               MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

- ☑ No
- ☐ Yes.   Debtor _____                          Relationship _____
         District _____                          When _____
                                                                        MM / DD / YYYY
         Case number, if known _____

Debtor    Peace Equipment, LLC                                    Case number *(if known)* _____
          Name

| 11. Why is the case filed in *this district*? | *Check all that apply:*<br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
|---|---|
| 12. Does the debtor own or have possession of any real property or personal property that needs immediate attention? | ☑ No<br>☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br>**Why does the property need immediate attention?** *(Check all that apply.)*<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>What is the hazard? _____<br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other _____<br>**Where is the property?** _____<br>                                       Number     Street<br>_____<br>_____     _____  _____<br>City                            State   ZIP Code<br>**Is the property insured?**<br>☐ No<br>☐ Yes.   Insurance agency _____<br>          Contact name   _____<br>          Phone          _____ |

### Statistical and administrative information

| 13. Debtor's estimation of available funds? | *Check one:*<br>☑ Funds will be available for distribution to unsecured creditors.<br>☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
|---|---|
| 14. Estimated number of creditors | ☑ 1-49    ☐ 50-99           ☐ 1,000-5,000    ☐ 5,001-10,000     ☐ 25,001-50,000   ☐ 50,000-100,000<br>☐ 100-199  ☐ 200-999        ☐ 10,001-25,000                    ☐ More than 100,000 |
| 15. Estimated assets | ☐ $0-$50,000              ☑ $1,000,001-$10 million        ☐ $500,000,001-$1 billion<br>☐ $50,001-$100,000         ☐ $10,000,001-$50 million       ☐ $1,000,000,001-$10 billion<br>☐ $100,001-$500,000        ☐ $50,000,001-$100 million      ☐ $10,000,000,001-$50 billion<br>☐ $500,001-$1 million      ☐ $100,000,001-$500 million     ☐ More than $50 billion |

Official Form 201                **Voluntary Petition for Non-Individuals Filing for Bankruptcy**                page 3

Debtor     Peace Equipment, LLC _____     Case number *(if known)* _____
           Name

| 16. Estimated liabilities | ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

■ I have been authorized to file this petition on behalf of the debtor.

■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   05/24/2023
              MM/ DD/ YYYY

X  /s/ Alejandro G. Mascorro                     Alejandro G. Mascorro
Signature of authorized representative of debtor   Printed name

Title _____ President _____

**18. Signature of attorney**

X _____/s/ Reese W. Baker_____     Date  05/24/2023
Signature of attorney for debtor                MM/ DD/ YYYY

Reese W. Baker
Printed name

Baker & Associates
Firm name

950 Echo Ln Ste 300
Number     Street

Houston                              TX         77024-2824
City                                 State      ZIP Code

_____              courtdocs@bakerassociates.net
Contact phone                        Email address

01587700                             TX
Bar number                           State

Official Form 201     **Voluntary Petition for Non-Individuals Filing for Bankruptcy**     page **4**

**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**MCALLEN DIVISION**

IN RE: **Peace Equipment, LLC**　　　　　　　　　　　CASE NO

　　　　　　　　　　　　　　　　　　　　　　　　　CHAPTER **11**

**VERIFICATION OF CREDITOR MATRIX**

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date ____05/24/2023_____　Signature _____   /s/ Alejandro G. Mascorro_____
　　　　　　　　　　　　　　　　　　　　　　　　Alejandro G. Mascorro, President

American Express
Suite 0002
Chicago, IL 60679-0002


Ascentium Capital
23970 Highway 59 N
Kingwood, TX 77339-1535


Balboa Capital
575 Anton Blvd # 12
Costa Mesa, CA 92626-7169


Blue Beacon, Inc.
PO Box 856
Salina, KS 67402


BMO Transportation Finance
300 E John Carpenter Frwy
Irving, TX 75062


Commercial Credit Group
2135 City Gate Ln Ste 400
Naperville, IL 60563-3062


Crestmark Bank
5480 Corporate Drive 350
Troy, MI 48098


Crestmark TPG LLC
800 Crescent Centre Drive 620
Franklin, TN 37067

David Davila, CPA
Dove Pointe Business Center
5525 N Mccoll Rd
Mcallen, TX 78504-2208

First Citizens Bank
21145 Network Pl.
Chicago, IL 60673

French Ellison
4300 N Cage Blvd
Pharr, TX 78577-7518

Hidalgo County Appraisal District
4405 S Professional Dr
Edinburg, TX 78539-6556

Internal Revenue Service
Mail Stop 5024 HOU
1919 Smith
Houston, TX 77002

Internal Revenue Service
Centralized Insolvency Operations
Po Box 7346
Philadelphia, PA 19101-7346

Kenworth Sales
PO Box 27088
Salt Lake City, UT 84127

Marlin Leasing
Po Box 13604
Philadelphia, PA 19101-3604

Marlin Leasing
300 Fellowship Rd
Mount Laurel, NJ 08054


Oil Patch Fuel
Po Box 1089
Combes, TX 78535-1089


O'Reily
PO Box 9464
Springfield, MO 65801


Paccar Financial
Po Box 293750
Lewisville, TX 75029-3750


Paccar Financial Corp
777 106th Ave Ne
Bellevue, WA 98004-5027


Southern Tine Mart
2411 E Sugarcane Dr
Weslaco, TX 78599-3104


Spectrum
PO Box 60074
City of Industry, CA 91716


Staples
Po Box 78004
Phoenix, AZ 85062-8004

T&W Tires
403 East Expressway 83
Pharr, TX 78577

Tires Les Schwab
Po Box 600
Paul, ID 83347-0600

Total Imaging
6100 N. 10th St.
Mcallen, TX 78504

TransLease, Inc.
Po Box 172686
Denver, CO 80217-2686

Triumph TBK Bank
12700 Park Central Dr Ste 1700
Dallas, TX 75251-1517

TXU Energy
PO Box 650700
75265

Unifirst
PO Box 650481
San Antonio, TX 78265

Utility Trailer
3420 N Cage Blvd
Pharr, TX 78577-1729

W&B Service Company
1200 N Main St.
Duncanville, TX 75116

Walmart
Po Box 69
Portland, ME 04112-0069

Wex Bank
Po Box 4337
Carol Stream, IL 60197-4337

Wex Bank
97 Darling Ave
South Portland, ME 04106